**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Judith Yarrinton, et al.,

        Plaintiffs,          Civil No. 09-2261 (RHK/RLE)

vs.          **ORDER**

Solvay Pharmaceuticals, Inc.,

        Defendant.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: August 31, 2009

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge