# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

JUDITH YARRINGTON, ELIZABETH
CRAGAN, JULIA CRAIGHEAD and
CAROLYN GREEN, individually, and on
behalf of all others similarly situated,

      Plaintiffs,

    v.

SOLVAY PHARMACEUTICALS, INC.,

      Defendant.

Civil No. 09-2261 (RHK/RLE)

**ORDER APPOINTING ESCROW
AGENT AND ESCROW COUNSEL**

WHEREAS, this Court has reviewed the Settlement Agreement and the proposed Escrow Agreement in the above-referenced Action, together with all exhibits thereto, the record in this case, and the arguments of counsel:

Having considered the papers filed by the parties, and good cause appearing therefore,

    **IT IS HEREBY ORDERED AS FOLLOWS**:

1.    U.S. Bank National Association is appointed Escrow Agent for the Settlement Sum; and

2.    Daniel E. Gustafson of Gustafson Gluek PLLC and David E. Stanley of Reed Smith LLP are appointed Escrow Counsel for the Settlement Sum.

3.     The Escrow Agent and Escrow Counsel are to fulfill their respective

obligations as set forth in the Settlement Agreement and/or Escrow Agreement, as

applicable.

Dated:  September 22, 2009

s/Richard H. Kyle
The Honorable Richard H. Kyle
United States District Court Judge