# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JUDITH YARRINGTON, ELIZABETH CRAGAN, JULIA CRAIGHEAD and CAROLYN GREEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLVAY PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil No. 09- 2261 (RHK/RLE)<br><br>**ORDER RE: DISBURSEMENT OF CERTAIN SETTLEMENT FUNDS** |

WHEREAS, this Court has reviewed the parties' Joint Motion to Disburse Certain Settlement Funds, the Declaration of Daniel E. Gustafson in Support of Joint Motion to Disburse Certain Settlement Funds, together with all exhibits thereto, the record in this case, and the arguments of counsel.

Having considered the papers filed by the parties, and good cause appearing therefore, **IT IS ORDERED**:

Escrow Counsel are directed to disburse $978,250.00 from the Settlement Fund to Kinsella Media LLC to cover those expenses necessary to provide Publication Notice to the Settlement Class in accordance with the Notice Plan.

Dated: October 1, 2009

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge