UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JUDITH YARRINGTON, ELIZABETH CRAGAN, JULIA CRAIGHEAD and CAROLYN GREEN, individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>SOLVAY PHARMACEUTICALS, INC.,<br><br>      Defendant. | Civil No. 09-2261 (RHK/RLE)<br><br>ORDER RE: SECOND DISBURSEMENT OF CERTAIN SETTLEMENT FUNDS |

WHEREAS, this Court has reviewed the parties' Joint Motion for Second Disbursement of Certain Settlement Funds, the Declaration of Daniel E. Gustafson in Support of Joint Motion for Second Disbursement of Certain Settlement Funds, together with all exhibits thereto, the record in this case, and the arguments of counsel:

Having considered the papers filed by the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. Escrow Counsel are directed to disburse the following amounts from the Settlement Fund: $42,224.34 to Rust Consulting, Inc. to cover expenses for claims

administration services provided through November 2009; and $2,000 to U.S. Bank for acceptance and administration fees relating to the Settlement Account.


Dated:  December 11, 2009 s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge