UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JUDITH YARRINGTON, et al )<br>    Plaintiffs )<br>)<br>vs. )<br>)<br>SOLVAY PHARMACEUTICALS, INC )<br>)<br>    Defendant )<br>)<br>) | Case no. 09-cv-2261 (RHK/RLE) |

**MOTION TO WITHDRAW OBJECTION TO CLASS ACTION SETTLEMENT
OF LEE M. SWEENEY**

Class member Lee M. Sweeney ("Objector"), by and through the undersigned counsel, pursuant to Fed R. Civ. P. 23 (e), hereby moves this Honorable Court to withdraw her objections to the proposed class action settlement and the request for attorneys' fees for the following reasons:

1)   Class member Lee M. Sweeney filed her objection to the attorneys' fees in this matter a few days after the objection deadline. She has agreed to withdraw these objections, without prejudice, reserving the right to object to the motion for fees after it has been filed. (See letter from the undersigned to Class Counsel attached as Exhibit A).

2)   No monetary or other consideration was given or promised for the withdrawal.

Respectfully submitted,

/s/ R. Michael Waterman
R. Michael Waterman (MN 0263254)
MUDGE PORTER LUNDEEN & SEGUIN, S.C.
110 Second Street
P.O. Box 469
Hudson, Wisconsin 54016
(715) 386-3200
Michael.Waterman@mpl-s.com)

EDWARD F. SIEGEL (Ohio Bar No. 0012912)
27600 Chagrin Blvd. #340
(216) 831-3424
(216) 831- 6584 fax
E-mail        efsiegel@efs-law.com
(pro hac vice )
Counsel for objector Lee Sweeney

# THE LAW OFFICES OF
# EDWARD F. SIEGEL

**27600 CHAGRIN BLVD. SUITE 340**
**CLEVELAND OHIO 44122**
(216) 831-3424
(216) 831-6584 (fax)
efsiegel@efs-law.com

Edward F. Siegel

Of Counsel
Irving S. Bergrin
Ronald S. Kahn

January 13, 2010

Brian L. Williams. Esq.
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Ave., Sough
Minneapolis, MN 55402

    Re:    Yarrington et al. v. Solvay Pharmaceuticals, Inc.
              Case No.: 09-cv-022610RHK-RLE

Dear Mr. Williams:

    We are in receipt of your letter of January 8, 2010.

    We will agree to withdraw our objections without prejudice but, we reserve the right to file objections to your Motion for Fees within the time period permitted to respond to such motions under the local rules of the Court. In order to expedite the process, we hereby request that you serve a copy of said Motion for Fees, together with all supporting documents, upon the undersigned by overnight mail at the same time that you file it. If, after review, we find that there is nothing to which we object, obviously we will not file any opposition to said motion.

    We look forward to receiving a service copy of the Motion,

                              Very truly yours,

                              Edward F. Siegel

EFS/le

**EXHIBIT A**