# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| JUDITH YARRINGTON, et al | ) | |
|     Plaintiffs | ) | Case no. 09-cv-2261 (RHK/RLE) |
| | ) | |
| vs. | ) | |
| | ) | |
| SOLVAY PHARMACEUTICALS, INC | ) | NOTICE OF FILING |
| | ) | |
|     Defendant | ) | |
| | ) | |

    NOW COMES Lee M. Sweeney, by and through the undersigned counsel, and hereby files the attached statements which evidence her membership in the class.

    Respectfully submitted,
/s/ R. Michael Waterman
R. Michael Waterman (MN 0263254)
MUDGE PORTER LUNDEEN & SEGUIN, S.C.
110 Second Street
P.O. Box 469
Hudson, Wisconsin 54016
(715) 386-3200
Michael.Waterman@mpl-s.com)

EDWARD F. SIEGEL (Ohio Bar No. 0012912)
27600 Chagrin Blvd. #340
(216) 831-3424
(216) 831- 6584 fax
E-mail    efsiegel@efs-law.com
(pro hac vice granted)
Counsel for objector Lee Sweeney

## CERTIFICATE OF SERVICE

    I certify that on February 5, 2010 this Notice was filed electronically with the Court and was by the court's system served on all other counsel of record.

    /s/ Edward F. Siegel