# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JUDITH YARRINGTON, ELIZABETH CRAGAN, JULIA CRAIGHEAD and CAROLYN GREEN, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SOLVAY PHARMACEUTICALS, INC.,<br><br>　　　　　Defendant. | No. 09-CV-2261 (RHK/RLE)<br><br>**PLAINTIFFS' MOTION FOR APPROVAL OF MODIFIED NOTICE, SUPPLEMENTAL NOTICE PLAN, AND SETTING FINAL APPROVAL HEARING** |

Pursuant to the Court's February 9, 2010 Order, Plaintiffs move the Court for an Order approving the Modified Notice, Supplemental Notice Plan, and Setting Final Approval Hearing. Plaintiffs' motion is based on the accompanying Memorandum of Law, Declaration of Leigh Anna Thomure, and all of the files, records and proceedings herein.

Dated: February 12, 2010　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　GUSTAFSON GLUEK PLLC

　　　　　　　　　　　　　　　　By: */s/ Daniel E. Gustafson*
　　　　　　　　　　　　　　　　Daniel E. Gustafson (#202241)
　　　　　　　　　　　　　　　　Karla M. Gluek (#238399)
　　　　　　　　　　　　　　　　Brian L. Williams (#23249X)
　　　　　　　　　　　　　　　　650 Northstar East
　　　　　　　　　　　　　　　　608 Second Avenue South
　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　Telephone: (612) 333-8844
　　　　　　　　　　　　　　　　Facsimile: (612) 339-6622

17112

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Richard M. Heimann (*pro hac vice*)
Michael W. Sobol (*pro hac vice*)
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Elizabeth A. Alexander (pro hac vice)
One Nashville Place
150 Fourth Avenue, N., Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Attorneys for Plaintiffs and the Proposed Settlement Class*

17112