# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JUDITH YARRINGTON, ELIZABETH CRAGAN, JULIA CRAIGHEAD and CAROLYN GREEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLVAY PHARMACEUTICALS, INC.,<br><br>Defendant. | Civ. No. 09-2261 (RHK/RLE)<br><br>**ORDER RE: THIRD DISBURSEMENT OF CERTAIN SETTLEMENT FUNDS** |

This matter is before the Court on the parties' Joint Motion for Third Disbursement of Certain Settlement Funds (Doc. No. 58). The Court having carefully considered the Motion and the documents related thereto, **IT IS ORDERED** that the Motion is **GRANTED.** Escrow Counsel are **DIRECTED** to disburse the following amounts from the Settlement Fund: $14,096.54 to Rust Consulting, Inc., to cover expenses for claims administration services provided through January 2010; and $272,066.71 to Kinsella Media LLC, to cover those expenses necessary to provide additional Publication Notice to the Settlement Class in accordance with the Supplemental Notice Plan.

Dated: March 3, 2010            s/Richard H. Kyle  
                                          RICHARD H. KYLE  
                                          United States District Judge