## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JUDITH YARRINGTON, ELIZABETH CRAGAN, JULIA CRAIGHEAD and CAROLYN GREEN, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SOLVAY PHARMACEUTICALS, INC.,<br><br>　　　　　　Defendant. | No. 09-CV-2261 (RHK/RLE)<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF OBJECTOR LEE M. SWEENEY** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of objector Lee M. Sweeney. Plaintiffs reserve the right to record the deposition testimony by stenographic method through the instant visual display of the testimony, *i.e.,* real-time transcription, and by video and audio recording. In addition, Plaintiffs reserve the right to use the videotaped testimony at court proceedings related to this case.

The deposition will commence at 10:00 a.m. on March 11, 2010, at the Law Offices of Francis Sweeney, Jr., 323 West Lakeside Avenue, Suite 450, Cleveland, Ohio 44113.

861148.1

Dated: March 4, 2010       Respectfully submitted,

GUSTAFSON GLUEK PLLC


By: /s/ *Daniel E. Gustafson*_____
        Elizabeth A. Gustafson
Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
Brian L. Williams (#23249X)
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Richard M. Heimann (*pro hac vice*)
Michael W. Sobol (*pro hac vice*)
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP Elizabeth A. Alexander (pro hac vice)
One Nashville Place
150 Fourth Avenue, N., Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Attorneys for Plaintiffs and the Proposed Settlement Class*

2

861148.1