UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JUDITH YARRINGTON, et al ) | |
|     Plaintiffs ) | Case no. 09-cv-2261 (RHK/RLE) |
| ) | |
| vs. ) | |
| ) | |
| SOLVAY PHARMACEUTICALS, INC ) | |
| ) | |
|     Defendant ) | |
| ) | |
| ) | |

## NOTICE OF APPEAL

Objector Lee M. Sweeney hereby appeals to the United States Court of. Appeals for the Eighth Circuit from the Order (Doc. 70) which was filed in this case on March 16, 2010 a copy of which is attached hereto.

Respectfully submitted,

/s/Edward F. Siegel
EDWARD F. SIEGEL (Ohio Bar No. 0012912)
27600 Chagrin Blvd. #340
(216) 831-3424
(216) 831- 6584 fax
E-mail efsiegel@efs-law.com
(admitted pro hac vice)

    /s/ Edward W. Cochran
Edward W. Cochran (Ohio 0032942)
20030 Marchmont Rd.
Cleveland Ohio 44122
Tel: (216) 751-5546
Fax: (216) 751-6630 (fax)
edwardcochran@wowway.com