# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JUDITH YARRINGTON, ELIZABETH CRAGAN, JULIA CRAIGHEAD and CAROLYN GREEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLVAY PHARMACEUTICALS, INC.,<br><br>Defendant. | No. 09-CV-2261 (RHK/RLE)<br><br>**JOINT MOTION FOR FOURTH DISBURSEMENT OF CERTAIN <u>SETTLEMENT FUNDS</u>** |

Plaintiffs and Defendant Solvay Pharmaceuticals, Inc. ("Solvay"), having received final approval of their Settlement Agreement on March 16, 2010, now jointly move this Court for entry of an Order:

1. Authorizing Escrow Counsel to disburse $27,296.17 from the Settlement Fund to Rust Consulting, Inc. to cover expenses for claims administration services provided during February and March 2010, and $334,859.81 from the Settlement Fund to Rust Consulting, Inc. for distribution to Class Members.

2. This Motion is based on all pleadings, files and records herein, including the accompanying Declaration of Daniel E. Gustafson, and other supporting documents.

17976

Dated: May 13, 2010  Respectfully submitted,

GUSTAFSON GLUEK PLLC

By: s/ Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Brian L. Williams (#23249X)
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

*Attorneys for Plaintiffs and the Proposed Settlement Class*

REED SMITH LLP

By: s/ David E. Stanley
David E. Stanley
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080

*Attorneys for Defendant Solvay Pharmaceuticals, Inc.*

17976