# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JUDITH YARRINGTON, ELIZABETH CRAGAN, JULIA CRAIGHEAD and CAROLYN GREEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLVAY PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil No. 09-2261 (RHK/RLE)<br><br>**ORDER RE: FOURTH DISBURSEMENT OF CERTAIN SETTLEMENT FUNDS** |

WHEREAS, this Court has reviewed the parties' Joint Motion for Fourth Disbursement of Certain Settlement Funds, the Declaration of Daniel E. Gustafson in Support of Joint Motion for Fourth Disbursement of Certain Settlement Funds, together with all exhibits thereto, the record in this case, and the arguments of counsel:

Having considered the papers filed by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Escrow Counsel are directed to disburse the following amounts from the Settlement Fund: $27,296.17 to Rust Consulting, Inc. to cover expenses for claims administration services provided during February and March 2010; and $334,859.81 to Rust Consulting, Inc. for distribution to Class Members.

Dated: May 14, 2010

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge