# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 10-1719
_____

Judith Yarrington, Elizabeth Cragan,
Julia Craighead, and Carolyn Green,
individually and on behalf of all others similarly situated,

Plaintiffs - Appellees

v.

Solvay Pharmaceuticals, Inc.,

Defendant

Lee M. Sweeney,

Objector - Appellant

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:09-cv-02261-RHK)
_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in

accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

May 19, 2010

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans