# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-1719

Judith Yarrington, individually and on behalf of all others similarly situated, et al.

Appellees

v.

Solvay Pharmaceuticals, Inc.

Lee M. Sweeney

Appellant

------

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:09-cv-02261-RHK)

------

**MANDATE**

In accordance with the judgment of 05/19/2010, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 19, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit