# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Judith Yarrington, Elizabeth Cragan, Julia Craighead and Carolyn Green, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Solvay Pharmaceuticals, Inc.,<br><br>Defendant. | Civil No. 09-2261 (RHK/RLE)<br><br>**ORDER RE: FIFTH DISBURSEMENTOF CERTAIN SETTLEMENT FUNDS** |

WHEREAS, this Court has reviewed the parties' Joint Motion for Fifth Disbursement of Certain Settlement Funds, the Declaration of Daniel E. Gustafson in Support of Joint Motion for Fifth Disbursement of Certain Settlement Funds, together with all exhibits thereto, the record in this case, and the arguments of counsel:

Having considered the papers filed by the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Escrow Counsel are directed to disburse the following amounts from the Settlement Fund: $42,087.76 to Rust Consulting, Inc. to cover expenses for claims administration services provided during April, May and June 2010; and $95,030.46 to Rust Consulting, Inc. for a final distribution to Class Members.

Dated: July 29, 2010

                                                s/Richard H . Kyle
                                                RICHARD H. KYLE
                                                United States District Judge