## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Judith Yarrington, Elizabeth Cragan, Julia Craighead, and Carolyn Green, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Solvay Pharmaceuticals, Inc.,<br><br>Defendant. | Civil No. 09- 2261 (RHK/RLE)<br><br>**ORDER RE: SIXTH DISBURSEMENT OF CERTAIN SETTLEMENT FUNDS** |

WHEREAS, this Court has reviewed the parties' Joint Motion for Sixth Disbursement of Certain Settlement Funds, the Declaration of Daniel E. Gustafson in Support of Joint Motion for Third Disbursement of Certain Settlement Funds, together with all exhibits thereto, the record in this case, and the arguments of counsel:

Having considered the papers filed by the parties, and good cause appearing therefore,

**IT IS ORDERED** that Escrow Counsel are directed to disburse the following amounts from the Settlement Fund: $34,877.89 to Rust Consulting, Inc. to cover expenses for claims administration services provided from July 2010 through October 2010 and services to complete the claims administration process; and $5,670.37 to pay eight final claims thus far not paid under the Settlement.

Dated:  December 17, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge