## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JUDITH YARRINGTON, ELIZABETH CRAGAN, JULIA CRAIGHEAD and CAROLYN GREEN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLVAY PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil No. 09-2261 (RHK/RLE)<br><br>**ORDER RE: JOINT MOTION FOR *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS** |

WHEREAS, this Court has reviewed the Parties' Joint Motion for *Cy Pres* Distribution of Residual Settlement Funds, the record in this case, and the arguments of counsel:

Having considered the papers filed by the parties, and good cause appearing therefore,

**IT IS ORDERED**:

1. The Parties' Joint Motion for *Cy Pres* Distribution of Residual Settlement Funds (Doc. No. 96) is **GRANTED**; and

2. $8,807.73 of the residual funds is allocated to the Minnesota Women Lawyers.

Dated: August 31, 2011

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge